NUMBER 13-08-00460-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE CANDACE TONKENS, DEPENDENT ADMINISTRATOR


OF THE ESTATE OF AMY ANN CONKEY, DECEASED






On Petition for Writ of Mandamus.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam (1)



 Relator, Candace Tonkens, Dependent Administrator of the Estate of Amy Ann
Conkey, Deceased, filed a petition for writ of mandamus in the above cause on July 31,
2008. On August 4, 2008, the Court entered an order requesting a response to be filed by
the real party in interest, Duane Conkey in his Capacity as Administrator of the Estate of
Raymond Conkey, Deceased. Subsequently, the real party in interest requested and
received an extension of time to file his response, and such response was duly filed on
August 29, 2008. On September 10, 2008, relator filed a reply to this response. 

 The Court, having examined and fully considered the petition for writ of mandamus,
the response, and the reply thereto, is of the opinion that relator has not shown herself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. 
See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and 

filed this 30th day of September, 2008.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).